UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY FRANCIS LE CLAIR,

Defendant.

Case No. 2:22-cr-00197-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TERRY FRANCIS LE CLAIR, Case No. 2:22-cr-00197-JAM Charge 18 U.S.C. § 2251(c), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Secured Appearance/Property Bond:   **$500.000.00, secured by his residence, located at... Shingle Springs, CA 95682**

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California 12:04 PM

Dated: October 11, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE