1  Etan Zaitsu [CA SBN 287106]
   Attorney at Law
2
3  Zaitsu Law
   331 J Street, Suite 200
4  Sacramento, CA  95814
   (916) 542-0270
5  etan@zaitsulaw.com
6
   Attorney for Defendant
7  TERRY LE CLAIR

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,           Case No.: 2:22-CR-00197 JAM

12                      Plaintiff,      **STIPULATION AND ORDER**
                                        **CONTINUING STATUS CONFERENCE**
13       v.

14  TERRY LE CLAIR,

15                      Defendant.

16
17
18
19
20                          **STIPULATION**

21       Defendant Terry Le Clair, by and through his undersigned counsel, and Plaintiff United

22  States of America, by and through its counsel of record, hereby stipulate and request that the

23  Status Conference previously set for January 24, 2023 be continued to April 25, 2023 at

24  9:00am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to

25  Local Code T4, defense preparation, up to and through the April 25, 2023 date.

26       In support of this stipulation, the parties request that the Court find the following:

27  1.   By previous order of the Magistrate, the Status Conference in this matter was set for

28       January 24, 2023 upon arraignment of the defendant on October 7, 2022.

                                        1

**Stipulation and Order for Continuance**

2. To date, defense counsel has received approximately 900 pages of documents and 8 audio files. The government has represented that additional discovery, including numerous photographs, are available to view at its Roseville, California office, and that its investigation is ongoing.

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from January 24, 2023 to April 25, 2023, inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  January 18, 2023                                    /s/ ETAN ZAITSU

                                                            ETAN ZAITSU
                                                            Counsel for Defendant
                                                            TERRY LE CLAIR

**Stipulation and Order for Continuance**

Dated: January 18, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA MCCALL
CHRISTINA MCCALL
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for January 24, 2023 is hereby continued to April 25, 2023, at 9:00am. The time period between January 24, 2023, and April 25, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 20th day of January, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Continuance**