Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
TERRY LE CLAIR

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>TERRY LE CLAIR,<br><br>             Defendant. | Case No.: 2:22-cr-00197-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

### STIPULATION

Defendant Terry Le Clair, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for April 25, 2023 be continued to August 22, 2023 at 9:00 am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the August 22, 2023 date.

In support of this stipulation, the parties request that the Court find the following:

1. By previous order of the Court, the Status Conference in this matter was set for April 25, 2023 upon request of the defendant and stipulation of the parties.
2. To date, defense counsel has received approximately 900 pages of documents and 8 audio files. The government has represented that additional discovery, including

1

**Stipulation and Order for Continuance**

numerous photographs, are available to view at its Roseville, California office, and that its investigation is ongoing.

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from April 25, 2023 to August 22, 2023, inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  April 19, 2023

/s/ ETAN ZAITSU

ETAN ZAITSU
Counsel for Defendant
TERRY LE CLAIR

2

**Stipulation and Order for Continuance**

Dated: January 18, 2023                    PHILLIP A. TALBERT
                                           United States Attorney


                                            /s/ CHRISTINA MCCALL
                                           CHRISTINA MCCALL
                                           Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the status conference currently scheduled for April 25, 2023 is hereby **CONTINUED** to **August 22, 2023, at 09:00 a.m**. It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED.


Dated: April 20, 2023                      /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Continuance**