Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
TERRY LE CLAIR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY LE CLAIR,<br><br>　　　　　　　　Defendant. | Case No.: 2:22-cr-00197-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

Defendant Terry Le Clair, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous stipulation and order of the Court, the Status Conference in this matter was set for August 22, 2023. The parties now seek to vacate that date and request the matter be reset for November 28, 2023 at 9:00 AM. The defendant agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the November 28, 2023 date.

2. To date, defense counsel has received over 1000 pages of documents and 8 audio files. The government has represented that additional discovery, including numerous photographs, are available to view at its Roseville, California office, and

1

**Stipulation and Order for Continuance**

that its investigation is ongoing.

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from August 22, 2023, to November 28, 2023 inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  August 16, 2023         /s/ ETAN ZAITSU

                                ETAN ZAITSU
                                Counsel for Defendant
                                TERRY LE CLAIR


Dated:  August 16, 2023         PHILLIP A. TALBERT
                                United States Attorney


                                 /s/ CHRISTINA MCCALL
                                CHRISTINA MCCALL
                                Assistant United States Attorney

**Stipulation and Order for Continuance**

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for August 22, 2023 is hereby **CONTINUED** to **November 28, 2023, at 09:00 a.m**. It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED.

Dated: August 16, 2023         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Continuance**