Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
TERRY LE CLAIR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>TERRY LE CLAIR,<br><br>                    Defendant. | Case No.: 2:22-CR-00197 JAM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

## STIPULATION

Defendant Terry Le Clair, by and through his undersigned counsel, and plaintiff United States of America (the "government"), by and through its undersigned counsel, hereby stipulate as follows:

1. The defendant is facing one count under 18 U.S.C. § 2251(c) and (e).

2. At his detention hearing on September 27, 2022, the Honorable Magistrate Deborah Barnes ordered the defendant's release on a $500,000 secured bond (by residential property) to a third-party custodian, with a number of strict conditions, including 24/7 home detention, psychiatric treatment, and a complete internet ban (including any device capable of accessing the internet), among other restrictions.

3. According to Pretrial Services, the defendant has remained fully compliant with his

1

**Stipulation and Order to Modify Conditions of Pretrial Release**

conditions since his release 13 months ago.

4. Pretrial Services now supports modifying his release conditions to permit the defendant to be out of his house between 11am – 1pm every weekday, as recommended by his counselor, to address his physical and mental health needs.

5. The defendant and his attorney agree with the modification; the government is not opposed.

6. For these reasons, the parties agree and stipulate to modifying release condition #18, by replacing the home detention provision with a limited curfew condition as follows:

> "18. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;
>
> ***CURFEW: You must remain inside your residence at all times, except from 11:00 a.m. to 1:00 p.m. on weekdays (Monday-Friday). At all other times, you must remain inside your residence except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf;"***

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIPULATED.

**Stipulation and Order to Modify Conditions of Pretrial Release**

Dated:  November 2, 2023                    /s/ ETAN ZAITSU

                                                        ETAN ZAITSU
                                                        Counsel for Defendant
                                                        TERRY LE CLAIR

Dated:  November 2, 2023                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ CHRISTINA MCCALL
                                                        CHRISTINA MCCALL
                                                        Assistant United States Attorney

## ORDER

Based upon the foregoing stipulation of the parties, Pretrial Services' recommendation, and good cause appearing, the Court hereby orders the modification of Special Condition of Pretrial Release #18 as set forth in the parties' stipulation.  The Amended Special Conditions of Pretrial Release is ordered filed.  All other conditions of release are to remain in full force.

IT IS SO FOUND AND ORDERED

Dated:  November 2, 2023

                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order to Modify Conditions of Pretrial Release**