Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
TERRY LE CLAIR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY LE CLAIR,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cr-00197-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

Defendant Terry Le Clair, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous stipulation and order of the Court, the Status Conference in this matter was set for November 21, 2023. The parties now seek to vacate that date and request the matter be reset for January 23, 2024 at 9:00 AM. The defendant agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the January 23, 2024 date.

2. To date, defense counsel has received over 1000 pages of documents and 8 audio files. The government has represented that additional discovery, including numerous photographs, are available to view at its Roseville, California office, and

1

**Stipulation and Order for Continuance**

that its investigation is ongoing.

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from November 21, 2023, to January 23, 2024 inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 16, 2023        /s/ ETAN ZAITSU

ETAN ZAITSU
Counsel for Defendant
TERRY LE CLAIR


Dated:  November 16, 2023        PHILLIP A. TALBERT
United States Attorney


 /s/ CHRISTINA MCCALL
CHRISTINA MCCALL
Assistant United States Attorney

2

**Stipulation and Order for Continuance**

**ORDER**

IT IS SO ORDERED that the status conference currently scheduled for November 21, 2023 is hereby **CONTINUED** to **January 23, 2024, at 09:00 a.m.** It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED.

Dated: November 16, 2023         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Continuance**