PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00197-JAM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| TERRY FRANCIS LECLAIR, | |
| Defendant. | |

**ORDER**

The government's motion to dismiss this case due to the defendant's death is hereby **GRANTED**.

IT IS SO FOUND AND ORDERED.

Dated: January 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE