Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
TERRY LE CLAIR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY FRANCIS LE CLAIR,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cr-00197-JAM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXONERATION OF BOND AND RECONVEYANCE OF REAL PROPERTY** |

　　　　Based upon the foregoing representations in defense counsel's unopposed motion for exoneration of bond and reconveyance of real property, and good cause appearing, the Court hereby orders the $500,000 Appearance Bond, secured by real property and surety, as to the deceased, Terry Francis Le Clair, **EXONERATED**, and further **DIRECTS** the Clerk of the Court to **RECONVEY** the real property at **4861 Artesia Rd, Shingle Springs, CA 95682** to Carl Romanik, the property's owner, by providing Mr. Romanik or mailing to the property's address, the originally filed Grant Deed and a certified copy of the Exoneration.

　　　　IT IS SO ORDERED.

Dated:  January 24, 2024　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1

**Order Granting Unopposed Motion for Bond Exoneration and Reconveyance of Property**